*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  January 26, 2017                     522306
_____

In the Matter of VERNON A.
    JONES,
                         Appellant,

        v
                                          MEMORANDUM AND ORDER

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
                         Respondents.
_____

Calendar Date:  November 29, 2016

Before:  McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ.

                    _____

        Vernon A. Jones, Fallsburg, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Robert M.
Goldfarb of counsel), for respondents.

                    _____

        Appeal from a judgment of the Supreme Court (Platkin, J.),
entered November 27, 2015 in Albany County, which, among other
things, dismissed petitioner's application, in a proceeding
pursuant to CPLR article 78, to review a determination of
respondent Commissioner of Corrections and Community Supervision
withholding petitioner's good time allowance.

        Petitioner, an inmate, commenced this CPLR article 78
proceeding challenging a determination of respondent Commissioner
of Corrections and Community Supervision to withhold petitioner's
good time allowance based upon his failure to complete required
programming.  Supreme Court, among other things, dismissed the
petition.  Petitioner now seeks to challenge that dismissal of

the petition.

     The Attorney General has advised this Court that petitioner reappeared before the Time Allowance Committee and the Commissioner affirmed the Committee's recommendation that petitioner's good time allowance be restored due to petitioner's completion of programs and continued positive disciplinary record.  In view of this, petitioner's challenge to the prior determination has been rendered moot and this appeal must therefore be dismissed (see Matter of Gonzalez v Department of Corr. & Community Supervision, 107 AD3d 1283, 1283 [2013]). Contrary to petitioner's contention, we find that the narrow exception to the mootness doctrine is inapplicable (see Matter of Hearst Corp. v Clyne, 50 NY2d 707, 714 [1980]).

     McCarthy, J.P., Egan Jr., Rose, Clark and Aarons, JJ., concur.


     ORDERED that the appeal is dismissed, as moot, without costs.




                    ENTER:


                    Robert D. Mayberger
                    Clerk of the Court